IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:24CR24-1 |
| | : | |
| NEIKO JOEL ROSS | : | |

The Grand Jury charges:

On or about April 21, 2023, in the County of Guilford, in the Middle District of North Carolina, NEIKO JOEL ROSS knowingly did possess in and affecting commerce a firearm, that is, a Glock .40 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: January 29, 2024

SANDRA J. HAIRSTON
United States Attorney

BY: KYLE D. POUSSON
Assistant United States Attorney

A TRUE BILL:

FOREPERSON